Gelzhiser, Appellant, *v.* Fisher.

Argued March 17, 1965.   Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*George E. Berry, Jr.,* with him *James L. McWher-
ter,* for appellant.

*Henry R. Shaw,* with him *Charles E. Marker,* and
*Scales and Shaw,* for appellees.

OPINION BY MR. CHIEF JUSTICE BELL, April 20,
1965:

Plaintiff, Oliver Gelzhiser, filed a complaint in as-
sumpsit against J. Homer Fisher, Bernard L. Stoeck-
lein and George F. Stoecklein d/b/a Penn Lincoln
Memorial Park.   At the conclusion of the testimony,
the lower Court directed verdicts for the defendants.
Plaintiff filed a motion for a new trial, which was de-
nied.   Judgment was never entered on the verdicts.

Plaintiff appealed to this Court "from the lower Court's Opinion and Decree dismissing the motion for a new trial."

In *Denmon v. Rhodes*, 416 Pa. 568, 207 A. 2d 860, we said: "As stated in the footnote in Menyo v. Sphar, 409 Pa. 223, 224, 186 A. 2d 9: 'Too many members of the Bar mistakenly believe that the appeal is from an Order which dismissed their motion for a new trial, instead of from a judgment which was entered on the verdict: Simpson v. Pennsylvania Turnpike Commission, 384 Pa. 335, 121 A. 2d 84. Compare also Hazle Township Supervisors' Appeal, 406 Pa. 641, 180 A. 2d 232.' "

This appeal must be quashed because it was not taken from a judgment. The record is remanded to the Court of Common Pleas of Westmoreland County without prejudice to the right to enter a judgment on the verdicts.

Appeal quashed and record remanded.